UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD SPEARMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TSA, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-3659 CSK P<br><br><br>ORDER |

　　　　Plaintiff, a county prisoner proceeding pro se, has filed a civil action.  Plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

　　　　In this case, the claims arose in Kahului, Hawaii, which is in the District of Hawaii. Therefore, plaintiff's claim should have been filed in the United States District Court for the District of Hawaii.  In the interest of justice, a federal court may transfer a complaint filed in the

1

wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the District of Hawaii.

Dated: January 13, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Spear3659.21/2

2